HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff:
Bryon Dittman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryon Dittman, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br><u>COLLECTIVE AND CLASS ACTION</u><br><br>**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION** |

On March 16, 2018, Plaintiff Bryon Dittman ("Plaintiff") and Defendant Medical Solutions, L.L.C. ("Defendant") filed a Stipulation Re Privacy Notice and Opt-Out Procedure for Disclosure of Putative Class Member Contact Information ("Stipulation"), which provides for the disclosure to Plaintiff's counsel of specific contact information pursuant to a proposed procedure of first notifying the individuals at issue of Plaintiff's request for their contact information and providing them with an opportunity to object to and opt-out of such disclosure. The Court, having considered the Stipulation and proposed privacy notice and opt-out procedures contained therein, HEREBY ORDERS AS FOLLOWS:

1. The proposed privacy notice and opt-out procedure set forth in the Stipulation is approved by the Court.

2. Defendant shall provide the third-party administrator, Phoenix Settlement Administrators ("Phoenix") by March 20, 2018, the Requested Contact Information for 920 of the Putative Class Members employed by Defendant nationwide since January 1, 2016, who shall be selected by taking the first 920 sorted alphabetically by last name.

3. Phoenix shall mail a privacy notice and opt-out postcard in the form attached to the Stipulation as Exhibit A to those Putative Class Members by March 30, 2018.

4. The Putative Class Members shall have 30 days to opt-out by returning a pre-addressed, postage pre-paid postcard in the form attached to the Stipulation as Exhibit B to Phoenix.

5. Phoenix shall release to Plaintiff's counsel the Requested Contact Information for all individuals who do not timely opt-out.

///

///

///

6. Plaintiff and Defendant shall split 50/50 the fees and costs of the third party administrator.

IT IS SO ORDERED.

Dated: March 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: March 16, 2018  **HAYES PAWLENKO LLP**

By: /s/Matthew B. Hayes
   MATTHEW B. HAYES
   Attorneys for Plaintiff