HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff:
Bryon Dittman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryon Dittman, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br><u>COLLECTIVE AND CLASS ACTION</u><br><br>**ORDER ON STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CERTIFICATION OF A RULE 23 CLASS AND FLSA COLLECTIVE** |

**ORDER ON STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CERTIFICATION OF A RULE 23 CLASS AND FLSA COLLECTIVE**

0

Pursuant to the Stipulation re Hearing and Briefing Schedule for Plaintiff's Motion for Certification of a Rule 23 Class and FLSA Collective, and good cause appearing,

IT IS HEREBY ORDERED THAT:

(a) Plaintiff's motion shall be filed by June 8, 2018;

(b) Defendant's opposition shall be filed by July 13, 2018;

(c) Plaintiff's reply shall be filed by August 3, 2018; and

(d) The hearing on Plaintiff's motion shall be noticed for September 6, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 7, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER ON STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CERTIFICATION OF A RULE 23 CLASS AND FLSA COLLECTIVE**

1