# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiff,<br>v.<br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br>Defendants | Case No. 2:17-cv-01851-MCE-CKD<br><br>**ORDER RE. REQUEST TO REMOVE INCORRECTLY FILED DOCUMENT [ECF DOC NO. 26-1]** |

Good cause having been shown, Defendant's Request to Remove Incorrecly Filed Document (ECF No. 27) is GRANTED. The Declaration of Kenneth D. Sulzer in Support of Medical Solutions L.L.C.'s Limited Opposition to Plaintiff's Motion to Certify Class and Conditionally Certify Collective filed at ECF No. 26-1 is hereby ordered SEALED.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER RE. REQUEST TO REMOVE INCORRECTLY FILED DOCUMENT