HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff:
Bryon Dittman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br><u>COLLECTIVE AND CLASS ACTION</u><br><br>**ORDER ON STIPULATION RE FORMAT, USE, AND ADMISSIBILITY OF DAMAGE DISCOVERY** |

On July 25, 2018, the parties filed a Stipulation re Format, Use, and Admissibility of Damage Discovery ("Stipulation"), which provides that the data to be produced by Defendant Medical Solutions, L.L.C. ("Defendant") for purposes of calculating the extent of Defendant's alleged liability/damages to members of the putative class and collective under Plaintiff's theories of recovery will be produced in excel format (hereafter "Class/Collective Member Data") and that such data shall be admissible for the purpose of determining the quantum of damages, if any, at trial. The Court, having considered the Stipulation, HEREBY ORDERS AS FOLLOWS:

The Class/Collective Member Data produced by Defendant shall be admissible for the purpose of determining the quantum of damages, if any, at trial.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE