# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline shall be continued from November 5, 2018 to the earlier of October 5, 2019 or 60 days after the deadline to opt-out / opt-in of the Rule 23 classes and/or opt-in to the conditionally certified collective, if any such class or collective is certified;

The Rebuttal Expert Designation and Report deadline shall be continued from December 5, 2018 to the earlier of November 6, 2019 or 90 days after the deadline to opt-out / opt-in of the Rule 23 classes and/or opt-in to the conditionally certified collective, if any such class or collective is certified; and

The Expert Discovery Cut-off shall be continued from March 5, 2019 to the earlier of January 6, 2020 or 150 days after the deadline to opt-out / opt-in of the Rule 23 classes and/or opt-in to the conditionally certified collective, if any such class or collective is certified.

IT IS SO ORDERED.

Dated: October 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES; Case No. 2:17-cv-01851- MCE-CKD