# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation Setting Briefing Schedule For Cross-Motions for Summary Judgment and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Parties will file cross-motions for summary judgment on or before March 1, 2019, file oppositions thereto no later than April 1, 2019, and file reply briefs no later than April 25, 2019;

The hearing on the cross-motions for summary judgment will take place on May 16, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE