# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline shall be continued from July 12, 2019 to the *later* of July 12, 2019 or 30 days after the ruling on the Parties' cross-motions for summary judgment is issued;

The Rebuttal Expert Designation and Report deadline shall be continued from August 11, 2019 to the *later* of August 11, 2019 or 30 days after the ruling on the Parties' cross-motions for summary judgment is issued; and

The Expert Discovery Cut-off shall be continued from October 10, 2019 to the *later* of October 10, 2019 or 90 days after the ruling on the Parties' cross-motions for summary judgment is issued.

IT IS SO ORDERED.


Dated:  March 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES; Case No. 2:17-cv-01851- MCE-CKD