KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
STEVEN B. KATZ (SBN 139078)
skatz@constangy.com
SAYAKA KARITANI (SBN 240122)
skaritani@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
MEDICAL SOLUTIONS, L.L.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>            Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br>**NOTICE OF MOTION AND MOTION TO CERTIFY INTERLOCUTORY APPEAL**<br><br>DATE:     October 31, 2019<br>TIME:      2:00 p.m.<br>CTRM:    7, 14th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, October 31, 2019, at 2:00 p.m., in the above-captioned Court, located at 501 I Street, Sacramento, California 95814, Defendant MEDICAL SOLUTIONS, L.L.C. ("Medical Solutions" or the "Company"), by and through its attorneys, will move this Court to certify its *Memorandum and Order* entered on September 11, 2019 (ECF 69) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the complete files and records in this action, and any other further and other matter as this Court may, in its discretion, entertain.

DATED: September 23, 2019         CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

/s/ Steven B. Katz
Kenneth D. Sulzer
Sarah Kroll-Rosenbaum
Steven B. Katz
Sayaka Karitani

Attorneys for Defendant
MEDICAL SOLUTIONS, L.L.C.