# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES AND PRODUCTION OF PAYROLL DATA**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and Production of Payroll Data and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline shall be continued from October 11, 2019 to December 20, 2019;

The Rebuttal Expert Designation and Report deadline shall be continued from November 10, 2019 to January 20, 2020;

The Expert Discovery Cut-Off shall be continued from December 10, 2019 to February 18, 2020; and

Within 30 days of entry of this Order, Medical Solutions shall produce to Dittman's counsel payroll data for the California-wide Class from September 7, 2013 through September 11, 2019 and the FLSA Collective from October 24, 2015 through September 11, 2019. (See Dkt. No. 39.) Such data shall be produced in Excel format substantially similar to the payroll data produced by Medical Solutions to Dittman's counsel on August 23, 2018.

**IT IS SO ORDERED.**

**Dated: September 25, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY
DEADLINES AND PRODUCTION OF PAYROLL DATA