# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline, the Rebuttal Expert Designation and Report deadline, and the Expert Discovery Cut-Off shall be stayed; and

Within 30 days of entry of the ruling on Defendant's Motion to Certify Interlocutory Appeal, the Parties shall submit a stipulation to reschedule the expert deadlines.

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE