# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>           Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br><br>           Defendants. | Case No.  2:17-cv-01851- MCE-CKD<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline, the Rebuttal Expert Designation and Report deadline, and the Expert Discovery Cut-Off shall continue to be stayed; and

Within 14 days of entry of the Ninth Circuit Court of Appeals decision on Defendant's Petition for Permission to Appeal, the Parties shall submit a stipulation to reschedule the expert deadlines or, in the alternative, to stay this case until final decision in that appeal is rendered.

IT IS SO ORDERED.

DATED:  January 6, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES