**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br><br>Defendants. | Case No. 2:17-cv-01851- MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Decertify the Class and Collective Filing Deadline: October 15, 2021;

2. Damages Discovery Cut-Off: October 29, 2021;

3. Plaintiff's Opposition to Defendant's Motion to Decertify: November 15, 2021;

4. Defendant's Reply Brief in support of its Motion to Decertify: December 3, 2021;

5. Hearing on Defendant's Motion to Decertify: January 27, 2022 at 2:00 p.m.;

6. Initial Expert Designation and Report Deadline: 60 days after the Court's ruling on the Defendant's Motion to Decertify;

7. Rebuttal Expert Designation and Report Deadline: 45 days after the Initial Expert Designation and Report Deadline;

8. Expert Discovery Cut-Off Date: 45 days after the Rebuttal Expert Designation and Report Deadline.

9. Should Defendant submit expert testimony and/or declaration(s) in support of its Motion to Decertify, Defendant shall make such expert(s) available for deposition no later than October 25, 2021.

IT IS SO ORDERED.

Dated: August 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE