KOLEY JESSEN P.C., L.L.O.
MARGARET C. HERSHISER (*Pro Hac Vice*)
Margaret.Hershiser@koleyjessen.com
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079
Telephone:	(402) 390-9500
Facsimile:	(402) 390-9005

Attorneys for Defendant
MEDICAL SOLUTIONS, L.L.C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive.<br>Defendants | Case No.  2:17-cv-01851<br><br>**ORDER FOR WITHDRAWAL OF COUNSEL OF RECORD** |

This matter is before the Court on the Motion of Margaret C. Hershiser and Koley Jessen P.C., L.L.O. for leave to withdraw as counsel for Defendant Medical Solutions, L.L.C.  The Court has received and reviewed the Motion and determined that Koley Jessen P.C., L.L.O. and Margaret C. Hershiser should be granted leave to withdraw as counsel for Defendant Medical Solutions, L.L.C.

///

///

///

///

///

-1-

ORDER FOR WITHDRAWAL OF COUNSEL
Case No. 2:17-CV-01851-MCE-CKD

IT IS THEREFOR ORDERED, ADJUDGED, AND DECREED that Koley Jessen P.C., L.L.O. and Margaret C. Hershiser are granted leave to withdraw as counsel for Defendant Medical Solutions, L.L.C.

IT IS SO ORDERED.

Dated: August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE