UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryon Dittman, an individual on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>　　　　　　　　　　　Defendants.<br>_____ | Case No. 2:17-cv-01851-MCE-CKD<br><br>**ORDER GRANTING STIPULATION RE SCHEDULE FOLLOWING RULING ON DEFENDANT'S MOTION TO DECERTIFY CLASS AND COLLECTIVE** |

**ORDER ON STIPULATION RE SCHEDULE FOLLOWING RULING ON DEFENDANT'S MOTION TO DECERTIFY CLASS AND COLLECTIVE**

0

65934710;1

1    Pursuant to the parties' Stipulation re Proposed Schedule Following Order on Defendant's Motion to Decertify Class and Collective and good cause appearing, IT IS HEREBY ORDERED THAT:

2.   1.   Defendant Medical Solutions, LLC ("Defendant") shall respond to the August 11, 2022 Labor Code section 432 records request by October 31, 2022;

3.   2.   Plaintiff Bryon Dittman's ("Plaintiff") deadline to file a renewed motion to certify a Rule 23 class and/or FLSA collective shall be January 13, 2023;

4.   3.   Defendant's deadline to file an opposition to the renewed certification motion shall be February 17, 2023;

5.   4.   Plaintiff's deadline to file a reply in support of the renewed certification motion shall be March 10, 2023;

6.   5.   The renewed motion for certification shall be noticed for hearing on April 7, 2023;

7.   6.   The initial expert designation and report deadline shall be continued until 60 days after the Court's ruling on Plaintiff's renewed certification motion;

8.   7.   The rebuttal expert designation and report deadline shall be continued until 45 days after the initial expert designation and report deadline;

9.   8.   The rebuttal expert discovery cut-off date shall be continued until 45 days after the rebuttal expert designation and report deadline.

IT IS SO ORDERED.

Dated:  August 23, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER ON STIPULATION RE SCHEDULE FOLLOWING RULING ON DEFENDANT'S MOTION TO DECERTIFY CLASS AND COLLECTIVE**

1

65934710;1