# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SOLUTIONS L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendant. | Case No. 2:17-cv-01851-MCE-CKD<br><br>**ORDER GRANTING DEFENDANT MEDICAL SOLUTIONS L.L.C.'S WAIVER OF PERSONAL APPEARANCE**<br><br>Date:       April 20, 2023<br>Time:       10:00 a.m.<br>Location:   Courtroom 7 |

For good cause appearing, the Court GRANTS Defendant Medical Solutions L.L.C.'s ("Defendant") Waiver of Personal Apperance at the hearings on Plaintiff's Motion for Final Approval of Class and Collective Action Settlement and Motion for Attorneys' Fees, Costs, Service Award, and Settlement Administration Expenses set for hearing on April 20, 2023. Defendant shall appear by Zoom videoconference at the motion hearings.

IT IS SO ORDERED.

Dated: April 12, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE