HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff:
Bryon Dittman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br>**PLAINTIFF BRYON DITTMAN'S WAIVER OF PERSONAL APPEARANCE**<br><br>Date:      April 20, 2023<br>Time:      10:00 a.m.<br>Location: Courtroom 7 |

**PLAINTIFF BRYON DITTMAN'S WAIVER OF PERSONAL APPEARANCE**

0

1    Pursuant to the Court's April 10, 2023 Minute Order (Dkt. 124), Plaintiff Bryon Dittman ("Plaintiff"), by and through his counsel of record, submits this waiver of personal appearance at the hearing on Plaintiff's Motion for Final Approval of Class and Collective Action Settlement (Dkt. 121) and Plaintiff's Motion for Attorneys' Fees, Costs, Service Award, and Settlement Administration Expenses (Dkt. 118) scheduled for April 20, 2023 (or any continued hearing date where remote appearances will be necessary).  Plaintiff respectfully requests permission to appear remotely via Zoom videoconference at the April 20, 2023 hearing on the motions.

DATED:  April 11, 2023                              HAYES PAWLENKO LLP

                                                    By:/s/Matthew B. Hayes
                                                        Matthew B. Hayes
                                                        Kye D. Pawlenko
                                                        Attorneys for Plaintiff

**PLAINTIFF BRYON DITTMAN'S WAIVER OF PERSONAL APPEARANCE**

1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL SOLUTIONS, L.L.C.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01851-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF BRYON DITTMAN'S WAIVER OF PERSONAL APPEARANCE**<br><br>Date:       April 20, 2023<br>Time:      10:00 a.m.<br>Location:  Courtroom 7 |

**ORDER GRANTING PLAINTIFF'S WAIVER OF PERSONAL APPEARANCE**

0

On April 11, 2023, Plaintiff Bryon Dittman ("Plaintiff") filed a waiver of personal appearance requesting to appear remotely via Zoom videoconference at the hearing presently scheduled for April 20, 2023.

For good cause appearing, the Court GRANTS Plaintiff's request to appear remotely at the Aril 20, 2023 hearing on Plaintiff's motion for final approval of class and collective action settlement and Plaintiff's motion for attorneys' fees, costs, service award, and settlement administration expenses. Accordingly, Plaintiff shall appear via Zoom videoconference at the April 20, 2023 hearing.

**IT IS SO ORDERED.**

DATED: April 18, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S WAIVER OF PERSONAL APPEARANCE**

1