UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON DITTMAN, an individual on behalf of himself and others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) MEDICAL SOLUTIONS, L.L.C.; and DOES ) 1 to 10 inclusive, ) ) Defendants. ) ———————————————————— ) | Case No. 2:17-cv-01851-MCE-CKD  <br><br>COLLECTIVE AND CLASS ACTION  <br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES**  <br><br>Date:        April 20, 2023  <br>Time:        10:00 a.m.  <br>Location:   Courtroom 7 |

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES**

1      Plaintiff Bryon Dittman ("Plaintiff") moved the Court for an order approving deductions

2 from the class and collective action settlement for attorneys' fees, costs, service award, and

3 settlement administration expenses.   Having carefully considered the motion, its supporting

4 papers, and the arguments of counsel, the Court will GRANT the motion as follows:

5      1.  The Court approves attorneys' fees to class counsel in the amount of $1,541,666.66;

6      2.  The Court approves the reimbursement of litigation costs to class counsel in the amount

7          of $37,464.72;

8      3.  The Court approves a service award of $10,000 to Plaintiff; and

9      4.  The Court approves settlement administration expenses to CPT Group, Inc. in the

10          amount of $23,250.

11      IT IS SO ORDERED.

12 **Dated:  April 28, 2023**

13

14 _____

MORRISON C. ENGLAND, JR.

15 SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES**

1